**08 CV 00519**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

International Military and Goverment, LLC

Plaintiff,

-v-

Plasan Sasa, Ltd.

Defendant.

Case No. _____

Rule 7.1 Statement

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__International Military and Government LLC__   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

International Truck and Engine Corporation is the sole member of International Military and Government LLC. International Truck and Engine Corporation is wholly owned by Navistar International Corporation, a publicly-traded corporation.

Date: January 18, 2008

**Signature of Attorney**

**Attorney Bar Code:** CH-6513

Form Rule7_1.pdf  SDNY Web 10/2007