Crotty, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2008

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

International Military and Government LLC,
a limited liability company,

        Plaintiff,

-v.-

Plasan Sasa Ltd., an Israeli corporation,

        Defendant.

Case No. 08 CV 00519

Judge Paul A. Crotty

Magistrate Judge Michael Dolinger

**JURY DEMANDED**

### RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff International Military and Government LLC ("IMG") hereby voluntarily dismisses this action without prejudice, the sole defendant Plasan Sasa Ltd. ("Plasan") not having served either an answer or a motion for summary judgment. *The Clerk of Court is directed to close out this case.*

Dated: May 12, 2008

By: _____

One of the Attorneys for IMG

Christopher Harris (CH-6513)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

SO ORDERED   MAY 1 3 2008

_____
U.S.D.J.

LATHAM•WATKINS
ATTORNEYS AT LAW
CHICAGO

CH\1026620.1